IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

THOMAS ALEX FREED,

Plaintiff,

v.

PREMIER ROOFING COMPANY,

Defendant.

**8:23CV379**

**ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT**

This matter is before the Court on the Court's own accord pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 16th day of April 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge